IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SOUTH BEND DEVELOPMENT, INC. *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 5:16-cv-1246-DAE |
| DEPOSITORS INSURANCE COMPANY AND ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY *Defendants.* | § § § § § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

ON THIS DAY came to be heard the Agreed Stipulation of Dismissal with Prejudice filed by Plaintiff South Bend Development, Inc. as to its claims against Defendants Depositors Insurance Company and Allied Property and Casualty Insurance Company. The court hereby GRANTS the stipulation and orders that all of Plaintiff's claims against Defendants are DISMISSED, with prejudice to re-filing.

Signed this 26th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE
David Alan Ezra

1